COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Margaret Doucette, as Representative of the Estate of David
                         Doucette

Appellate case number:   01-14-00921-CV

Trial court case number: 2013-01801

Trial court:             125th District Court of Harris County

     Relator's Motion for Emergency Relief filed November 14, 2014 is **GRANTED**. The October 31, 2014 discovery order of the trial court, which modifies a July 14, 2014 order, is **STAYED**, pending resolution of the petition for writ of mandamus.

     The court **REQUESTS** a response to the petition for writ of mandamus from the Real Party in Interest. The response, if any, is due within 20 days of the date of this order.

     It is so ORDERED.

Judge's signature: /s/Rebeca Huddle
                X Acting individually     ☐ Acting for the Court

Date: November 14, 2014